**Order filed June 26, 2018**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00517-CV**

_____

**JOSEPH PRESSIL, Appellant**

**V.**

**JASON A. GIBSON, JASON A. GIBSON, P.C. D/B/A THE GIBSON LAW FIRM,**
**Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-51350**

---

## O R D E R

The clerk's record was filed August 15, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain trial court's June 5, 2017 Order Granting Defendants' Motion for Sanctions.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 6, 2018, containing trial court's June 5, 2017 Order Granting Defendants' Motion for Sanctions.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM